IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NRFC PHILMONT HOLDINGS, LLC | : | CIVIL ACTION |
| | : | |
| Plaintiff/Counterclaim Defendant, | : | NO. 12-7019 |
| | : | |
| v. | : | |
| | : | |
| AWEBER SYSTEMS, INC. | : | |
| | : | |
| Defendant/Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| 3103 PHILMONT ACQUISITION PARTNERS, L.P. a/k/a 3103 PHILMONT ACQUISITION, L.P. | : | |
| | : | |
| Third Party Defendant | : | |

## ORDER

**AND NOW,** this 16th day of April, 2014, following a bench trial and upon consideration of the record of that trial, together with the parties' post-trial filings (Doc. Nos. 67-69), and for the reasons set out in the Court's Memorandum Opinion:

1. The Court finds in favor of NRFC Philmont Holdings, LLC ("NRFC") and against Defendant AWeber Systems, Inc. ("AWeber") on Count I of NRFC's Complaint (Doc. No. 1);

2. The Court finds in favor of NRFC and against AWeber on Counts I and II of AWeber's counterclaim (Doc. No. 9); and

3. The Court finds in favor of 3103 Philmont Acquisition Partners, L.P. a/k/a 3103 Philmont Acquisition, L.P. ("3103") and against AWeber on Counts I, II, and III of AWeber's Joinder Complaint (Doc. No. 12).

It is therefore **ORDERED** that **JUDGMENT** be entered in favor of NRFC and against AWeber on Count I of NRFC's complaint in the amount of **$948,546.34**.

It is **ORDERED** that **JUDGMENT** be entered in favor of NRFC and against AWeber on Counts I and II of AWeber's counterclaim.

It is **ORDERED** that **JUDGMENT** be entered in favor of 3103 and against AWeber on Counts I, II, and III of AWeber's Joinder Complaint.

The Clerk is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE